IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR CARLSBAD FUNDING MORTGAGE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BRENDA J. DUZAN; FIRST NATIONAL BANK OF OMAHA; ALSO ALL PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN,<br><br>Defendants. | Case No. 3:16-cv-05721-RBL<br><br>DECLARATION OF NICOLAS DALUISO IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND |

I, Nicolas Daluiso, declare:

1. I am a duly licensed attorney and attorney of record for WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR CARLSBAD FUNDING MORTGAGE TRUST, and make the Declaration based on personal knowledge.

DECLARATION OF DALUISO IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND - 1
60364-05071-LIT-WA

*Law Offices*
ROBINSON TAIT, P.S.
901 Fifth Ave, Suite 400
Seattle, WA 98164
(206) 676-9640

2. Defendant Brenda J. Duzan (hereinafter "Duzan") was personally served a copy of the Summons and Complaint on December 30, 2014.

3. Defendant Duzan filed a Notice of Appearance *pro se* on January 29, 2015.

4. On January 16, 2015, Defendant Duzan filed a Motion to Dismiss the Plaintiff's Complaint for lack of standing.

5. The court denied Defendant Duzan's Motion to Dismiss on February 6, 2015.

6. On March , 2015, Defendant Duzan filed an Answer and Affirmative Defenses.

7. Defendant Duzan removed this matter to federal court on August 17, 2016, 595 days after service of Defendant Duzan.

*I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.*

DATED this 8th day of September, 2016, at Seattle, Washington.

      /s/ Nicolas Daluiso_____
Nicolas Daluiso, WSB #23505
Attorney for Plaintiff

DECLARATION OF DALUISO IN SUPPORT OF
PLAINTIFF'S MOTION TO REMAND - 2
60364-05071-LIT-WA

*Law Offices*
ROBINSON TAIT, P.S.
901 Fifth Ave, Suite 400
Seattle, WA 98164
(206) 676-9640

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2016, I electronically filed the foregoing DECLARATION OF NICOLAS DALUISO IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

I further certify that on September 8, 2016, in compliance with the notification requirements pursuant to the laws of the State of Washington, I caused to be deposited in the United States first class mail, postage pre-paid, copies of the foregoing DECLARATION OF NICOLAS DALUISO IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND, addressed to each of the following:

Brenda J Duzan
17426 85TH AVE CT E
PUYALLUP, WA 98375
*Pro Se*

DATED this 8th day of September, 2016, at Seattle, Washington.

       */s/ Natalie Quarnstrom*
       Natalie Quarnstrom
       An employee of Robinson Tait, P.S

DECLARATION OF DALUISO IN SUPPORT OF
PLAINTIFF'S MOTION TO REMAND - 3
60364-05071-LIT-WA

*Law Offices*
ROBINSON TAIT, P.S.
901 Fifth Ave, Suite 400
Seattle, WA 98164
(206) 676-9640