1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

10

11

12

13

14

15

16

17

18

19

20

21

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR CARLSBAD FUNDING MORTGAGE TRUST,<br><br>          Plaintiff,<br><br>    v.<br><br>BRENDA J. DUZAN; FIRST NATIONAL BANK OF OMAHA; ALSO ALL PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN,<br><br>          Defendants. | Case No. 3:16-cv-05721-RBL<br><br>DECLARATION OF WESLEY WERICH IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND |

22

23

    I, Wesley Werich, declare:

24

25

    1.    I am an attorney at Robinson Tait, P.S., the law firm representing Plaintiff in the above

26

captioned action.  I am personally familiar with the facts stated below and if called as a witness could

27

competently testify to the maters herein.

28

DECLARATION OF WERICH IN SUPPORT OF
PLAINTIFF'S MOTION TO REMAND - 1
60364-05071-LIT-WA

*Law Offices*
R O B I N S O N   T A I T , P . S .
901 Fifth Ave, Suite 400
Seattle, WA 98164
(206) 676-9640

2.      I graduated from the University of Oregon School of Law in May of 2006 and have been a member of the Washington bar since November 2006.  I am licensed to practice in Washington State and Oregon State including in the respective federal and bankruptcy courts for said jurisdictions.

3.      I have been employed at the law firm of Robinson Tait, P.S. since 2010 and am a litigation associate at the firm.   For the past six years, I have practiced in several creditor's rights areas including foreclosure, bankruptcy, eviction, and title curative.  I have both taken several continuing legal education coursework in this same field and also provided training in these areas.

4.      Prior to my employment at Robinson Tait, P.S., I practiced primarily in the areas of healthcare and personal injury law.

5.      I believe that an hourly rate of $215 is reasonable for my services in this matter based on my experience the going rate for Seattle-area based attorneys.

6.      Attached as Exhibit A is a true and correct copy of the time spent working on this matter insofar as it relates to Plaintiff's Motion to Remand.  Per Exhibit A, I spent 6.1 hours at a rate of $215.00, totaling $1,311.50 for my work on this Motion to Remand.


*I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.*


DATED this 8th day of September 2016 at Seattle, Washington.


 /s/ Wesley Werich _____
Wesley Werich, WSB #38428
Attorney for Plaintiff

DECLARATION OF WERICH IN SUPPORT OF
PLAINTIFF'S MOTION TO REMAND - 2
60364-05071-LIT-WA

*Law Offices*
R O B I N S O N   T A I T ,   P.S.
**901 Fifth Ave, Suite 400**
**Seattle, WA 98164**
**(206) 676-9640**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 8, 2016, I electronically filed the foregoing DECLARATION OF WESLEY WERICH IN SUPPORT OF PLAINTIFF'S MOTION TO REMANDwith the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

I further certify that on September 8, 2016, in compliance with the notification requirements pursuant to the laws of the State of Washington, I caused to be deposited in the United States first class mail, postage pre-paid, copies of the foregoing DECLARATION OF WESLEY WERICH IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND, addressed to each of the following:

Brenda J Duzan
17426 85TH AVE CT E
PUYALLUP, WA 98375
*Pro Se*

DATED this 8th day of September, 2016, at Seattle, Washington.

*/s/ Natalie Quarnstrom*
Natalie Quarnstrom
An employee of Robinson Tait, P.S

*Law Offices*
R O B I N S O N   T A I T , P.S.
**901 Fifth Ave, Suite 400**
**Seattle, WA 98164**
**(206) 676-9640**

# EXHIBIT A

| Time Keeper | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| Werich, Wesley | 8/26/2016 | 4.3 | $215.00 | $924.50 |
| draft motion to remand including legal standard for removal and argument in support of remand and request for plaintiff's attorneys fees and costs; draft declaration iso of time spent on responding to removal; draft proposed order. | | | | |
| Werich, Wesley | 8/25/2016 | 1.8 | $215.00 | $387.00 |
| review defendant's motion to remove; legal research on removal and remand including basis for removal, time frame for removal and remand and atty fees and costs for improper removal; review state court docket for time frame of lawsuit | | | | |
| Total | | | | $1,311.50 |

6.1