Honorable J. Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR CARLSBAD FUDNING MORTGAGE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BRENDA J. DUZAN,             Defendant. | Case No. 3:16-cv-05721-RBL<br><br>[PROPOSED]<br><br>ORDER DENYING PLAINTIFF'S MOTION TO REMAND |

For good cause shown in Defendant, Brenda J. Duzan's Objection and Motion to Plaintiff's Motion to Remand, Plaintiff's Motion to Remand is DENIED.

IT IS SO ORDERED this day of _____ October, 2016.

_____
Hon. J. Ronald B. Leighton

Presented by:

/s/ Brenda J. Duzan
Brenda J. Duzan
17426 85th Ave. Ct. E.,
Puyallup, Washington {98375}
duzabalm@yahoo.com
253-576-8278