HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB,<br><br>                Plaintiff,<br><br>         v.<br><br>BRENDA J DUZAN,<br><br>                Defendant. | CASE NO. C16-5721-RBL<br><br>ORDER GRANTING MOTION TO REMAND<br><br>[Dkt. #19] |

THIS MATTER is before the Court on Plaintiffs' Motion to Remand [Dkt. #19]. The case involves a residential mortgage loan and its default. Plaintiffs sued Brenda Duzan, the borrower, in Pierce County Superior Court, seeking foreclosure. Duzan was served December 30, 2014. She removed the case 595 days later, on August 17, 2016.

Plaintiffs seek remand, arguing the removal is untimely and that Duzan cannot meet her burden of establishing that this court has subject matter jurisdiction over the case. They seek fees and costs. Duzan denies that she did or had to comply with the statutory removal requirements; she claims instead that the Civil Rights Act of 1866 gives her an "unconditional" right to remove.

ORDER GRANTING MOTION TO REMAND - 1

1    A party has 30 days after receiving the initial pleading or summons to remove the action

2 to federal court.  28 U.S.C. § 1446(b).  The removal statute is strictly construed against removal

3 jurisdiction.  *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992).  The Court must reject

4 removal jurisdiction if there is "any doubt" as to the right of removal.  *Id.*  The strong

5 presumption against removal places the burden on the party seeking removal to establish that

6 removal is proper.  *Id.*

7    This is a burden that Duzan cannot meet. Her removal was untimely and the Plaintiffs'

8 complaint did not raise a federal question. The Motion is **GRANTED** and this case is

9 **REMANDED** to Pierce County Superior Court. The Plaintiffs' request for fees and costs is

10 **DENIED**.

11    IT IS SO ORDERED.

12    Dated this 2nd day of November, 2016.

         _____
         Ronald B. Leighton
         United States District Judge